STATE OF CONNECTICUT *v.* MUHDYASIM ABDALAZIZ

The defendant's petition for certification for appeal from the Appellate Court (AC 14625) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*Paul J. Ferencek* assistant state's attorney, in opposition.

Decided February 3, 1998

CENTRAL BANK *v.* LEE S. BRADY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 17523) is denied.

*Lee S. Brady*, pro se, in support of the petition.

Decided February 3, 1998